# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Oregon Cascade Corporation, a Nevada corporation, by its assignee, Richard W. Morris and Claudine A. Morris,

Plaintiffs,

vs.

Francois Robert Harley, Cambium, E.I.R.L., Alberto Lopez Gomez, and John Henry de la Cruz,

Defendants.

Case No.: 2:15-cv-226-JAD-GWF

**Order Denying Motions for Clerk's Entry of Default
(14, 18)**

Plaintiffs Richard W. Morris and Claudine A. Morris sue Cambium, E.I.R.L., Alberto Lopez Gomez, John Henry de la Cruz, and Francois Robert Harley over real-estate investments in the Cambium subdivision in the Dominican Republic.[1]  Plaintiffs filed subpoenas reflecting service on Harley and Cambium in England and service on Gomez and de la Cruz in the Dominican Republic.[2] On March 17, 2015, Richard Morris moved for a clerk's entry of default against Harley and Cambium; the following day, counsel made an appearance on behalf of these defendants and then filed an answer on their behalf on March 23, 2015.[3]  Plaintiffs moved for a clerk's entry of default against Lopez and de la Cruz on April 1, 2015.[4]

It is hereby ordered that the motion for an entry of default against Harley and Cambium **(Doc. 14) is denied** because these parties have now made appearances and are actively defending this case.

---

[1] Doc. 1.

[2] Docs. 10–13.

[3] Docs. 14–16.

[4] Doc. 18.

It is further ordered that the motion for an entry of default against Lopez and de la Cruz **(Doc. 18) is denied without prejudice** because the plaintiffs have not demonstrated that proper international service has been effected on these defendants. Any renewed motion for clerk's entry of default should explain in detail the service requirements for international service on these defendants, the methods employed to effect proper service, and how those methods satisfy the rules of service on these international defendants.

DATED April 7, 2015.

_____
Jennifer A. Dorsey
United States District Judge