# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OREGON CASCADE CORPORATION, a Nevada Corporation, et al., | |
| Plaintiffs, | Case No. 2:15-cv-00226-JAD-GWF |
| vs. | **ORDER** |
| FRANCOIS ROBERT HARLEY, et al., | |
| Defendants. | |

This matter is before the Court on the parties' Joint Discovery Plan (#20), filed on April 21, 2015. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Joint Discovery Plan (#20) is **denied**, without prejudice. The plan does not comply with LR 26-1. Any proposed discovery plan that requests more than 180 days from the date the first defendant appears or answers must include a statement of the reasons why longer or different time periods should apply to the case. Furthermore, any such proposed discovery plans must state on its face "SPECIAL SCHEDULING REVIEW REQUESTED." The parties are ordered to file a proposed discovery plan that complies with the requirements of LR 26-1 within seven (14) days of this order.

DATED this 27th day of April, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge